165 So. 260

### Jesse ALLBRIGHT v. STATE.

8 Div. 702.

Supreme Court of Alabama.
Jan. 16, 1936.

William Stell, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Jesse Allbright for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that court in Allbright v. State, 165 So. 259.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.